# **<u>Exhibit A</u>**

UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
In re:                                                        :    Chapter 15
                                                              :
**DAEHAN SHIPBUILDING CO., LTD.,**                            :    Case No. 14-_____ (   )
                                                              :
    Debtor in a Foreign Proceeding                            :
------------------------------------------------------------- X

I, Byong Mo Lee, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.  I have assumed the role of custodian and foreign representative of Daehan Shipbuilding Co., Ltd. I have the full authority to verify this petition.

2.  I have read the foregoing petition, and I am informed and believe that the factual allegations contained therein are true and accurate.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 day of August, 2014 in Seoul, Republic of Korea

*Byong M. Lee* 8/18/14
_____
Byong Mo Lee, custodian and foreign
representative of *Daehan Shipbuilding Co.,
Ltd.*

142950.00601/40211900v.1