# **Exhibit D**

[제41호 서식]

Registered No. 2014 - 1694

# NOTARIAL CERTIFICATE

KYUNG HYANG LAW NOTARY OFFICE

(2ga, Myung-Dong)64,Namdaemun-ro,
Jung-Ku, Seoul, Korea



[제41호 서식]

TEL:(02) 752-4280
FAX:(02) 752-7815

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X   Chapter 15
In re:                                                       :
                                                             :   Case No. 14-_____ (    )
DAEHAN SHIPBUILDING CO., LTD.,                               :
                                                             :
            Debtor in a Foreign Proceeding                   :
------------------------------------------------------------ X
```

2014. 08. 18

## AFFIDAVIT OF TRANSLATION

I, Gidon Nam, a resident of Seoul, South Korea, certify the following:

1. I am a native speaker of the Korean language.

2. I am sufficiently proficient in the English language and can read, write, and understand the same.

3. I received formal training in the English language from 2001 to 2002 and 2006 to 2009.  To wit:

    A. I was chosen to participate in the Yonsei University Study Abroad Program from 2001 to 2002 in Berkeley, USA, hosted by University of California at Berkeley.

    B. In 2009, I completed my Juris Doctor program at Fordham University Law School in New York, USA.

4. I have been working in professional environments where English is the official language from 2009 to present.  To wit:

    A. I have worked at New York State Supreme Court as a pro bono court attorney at the chambers of Honorable Judge Danny K. Chun from 2009 to 2010.

    B. I worked as an associate at White & Case LLP, New York from 2010 to 2011.

    C. I worked as an associate at Baker & McKenzie, Hong Kong from 2012 to 2014.

    D. I presently work at Lee & Ko as an associate in the marine insurance & aviation department where majority of works are conducted in conjunction with foreign clients and foreign law firms in English.

5. In my most recent Test of English as a Foreign Language ("TOEFL") in 2006, I scored a perfect score.

6. I hereby certify that I have read and translated the Commencement Order and Application for Order for Commencement of Rehabilitation Procedure written in the Korean language.

7. I further certify that the Commencement Order and Application for Order for Commencement of Rehabilitation Procedure in the English language are my translations of the Commencement Order and Application for Order for Commencement of Rehabilitation Procedure in Korean and are fair and accurate translations thereof.

_____
Gidon Nam

[제42호 서식]

등부 2014 년 제 1694 호                    Registered No. 2014 - 1694

인  증                                      Notarial Certificate

위 진술서 에 기재된                          NAM, GIDON

남 기 돈 은                                  personally appeared before
                                            me and admitted his(her)
                                            subscription to the attached

                                            AFFIDAVIT OF TRAMSLATION.

본 공증인의 면전에서 위 사서증서에           This is hereby attested on this
자기가 서명 날인한 것임을                    18 day of Aug., 2014
자인하였다.                                  at this office

2014년 08월 18일

이 사무소에서 위 인증한다.                   KYUNG HYANG
                                            LAW NOTARY OFFICE
공증인가 경향합동법률사무소                   Belong to the Seoul Central District
소속  서울중앙지방검찰청                     Prosecutor's Office

서울·중구 남대문로 64 (명동2가)              (2ga, Myung-Dong)64,Namdaemun-ro,
                                            Jung-Ku, Seoul, Korea


공증담당변호사                               Signature of the Notary Public

                                            **OH SANG KIRL**

                                            This office has been authorized by
                                            the Minister of Justice, the Republic
                                            of korea, to act as Notary Public
                                            Since 1st day June, 1979. under
                                            Law No.2254

210mm×297mm(보존용지(1종) 70g/㎡)